RECEIVED IN
COURT OF CRIMINAL APPEALS

December 16, 2015

ABEL ACOSTA, CLERK

PD-0974-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/15/2015 2:27:11 PM
Accepted 12/15/2015 4:00:23 PM
ABEL ACOSTA
CLERK

No. PD-0974-15

## IN THE
## COURT OF CRIMINAL APPEALS
## OF
## TEXAS

**OLIN ANTHONY ROBINSON,**
Petitioner,

vs.

**THE STATE OF TEXAS,**
Respondent.

Petition in Cause No. 05-05-7221 from the
24th Judicial District Court of Jackson County, Texas
and the Court of Appeals for the Thirteenth Supreme Judicial District
of Texas in Cause No. 13-13-00571-CR

## PETITIONER'S STATEMENT REGARDING THE COURT GRANTING THE STATE'S MOTION TO EXTEND TIME TO FILE ITS BRIEF

**TO THE HONORABLE COURT OF CRIMINAL APPEALS OF TEXAS:**

COMES NOW OLIN ANTHONY ROBINSON, Petitioner, and files his

Statement Regarding the Court Granting the State's Motion to Extend Time to File

its Brief, and in support of said statement would respectfully show the Court the

following:

I.

Robert E. Bell, Esquire, the Jackson County District Attorney, has always been properly and timely served regarding the appellate litigation in the above-entitled and numbered cause. The Court is requested to take judicial notice of Petitioner's Exhibit "A" attached to this statement. Page 2 of the exhibit reflects the e-mail address given by District Attorney Bell in which the Petition for Discretionary Review was served. The document was received and opened by District Attorney Bell. This Court did not receive a response from District Attorney Bell concerning the Petition for Discretionary Review.

The Court is requested to take judicial notice of Petitioner's Exhibit "B" attached to this statement. Page 2 of the exhibit reflects that Petitioner's Brief on the Merits was served to the same e-mail address given by District Attorney Bell. However, District Attorney Bell chose **not to open the e-mail**. The reason that the State's Brief on the Merits is late is not due to any fault of Petitioner's counsel but is due to the neglect of District Attorney Bell in not opening his e-mail. Petitioner's counsel is highly offended that that State's current counsel would intimate that the State was not properly and timely served. Such statements by the State's current are totally untrue and stretch creduelty to its limits. This Court should seriously reconsider its granting the State the additional time to file its Brief on the Merits based upon the untrue statements of its present counsel.

Respectfully submitted,

WILLIE & ASSOCIATES, P.C.

By:/s/ Joseph R. Willie, II, D.D.S., J.D.
Joseph R. Willie, II, D.D.S., J.D.
4151 Southwest Freeway, Suite 490
Houston, Texas 77027
(713) 659-7330
(713) 599-1659 (FAX)
SBOT# 21633500
attyjrwii@wisamlawyers.com

ATTORNEY FOR PETITIONER
OLIN ANTHONY ROBINSON

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via e-service to Robert E. Bell, Jackson County District Attorney, 115 W. Main Street, Room 205, Edna, Texas 77957, Jim Vollers, 2201 Westover Road, Austin, Texas 78703 and the State Prosecuting Attorney, P.O. Box 12405, Capitol Station, Austin, Texas 78711, on the 15th day of December, 2015.

/s/ Joseph R. Willie, II, D.D.S., J.D.
Joseph R. Willie, II, D.D.S., J.D.

## CERTIFICATE OF COMPLIANCE

I certify that Petitioner's Statement submitted complies with TEX. R. APP. P. 9 and the word count of this document is 304. The word processing software used to prepare the document and to calculate the word count is Windows 7.

/s/ Joseph R. Willie, II, D.D.S., J.D.
Joseph R. Willie, II, D.D.S., J.D.

Print this page

# Case # PD-0974-15

## Case Information

| | |
|---|---|
| Location | Court Of Criminal Appeals |
| Date Filed | 07/28/2015 05:49:16 PM |
| Case Number | PD-0974-15 |
| Case Description | |
| Assigned to Judge | |
| Attorney | Joseph Willie, II |
| Firm Name | Willie & Associates, P.C. |
| Filed By | Joseph Willie, II |
| Filer Type | Not Applicable |

**Fees**

| | |
|---|---|
| Convenience Fee | $0.00 |
| Total Court Case Fees | $0.00 |
| Total Court Filing Fees | $0.00 |
| Total Court Service Fees | $0.00 |
| Total Filing & Service Fees | $0.00 |
| Total Service Tax Fees | $0.00 |
| Total Provider Service Fees | $0.00 |
| Total Provider Tax Fees | $0.00 |
| Grand Total | $0.00 |

**Payment**

| | |
|---|---|
| Account Name | Willie & Associates, P.C. |
| Transaction Amount | $0.00 |
| Transaction Response | |
| Transaction ID | 10269459 |
| Order # | 006263183-0 |



EXHIBIT

"A"

## Petition for Discretionary Review

| | |
|---|---|
| Filing Type | EFileAndServe |
| Filing Code | Petition for Discretionary Review |
| Filing Description | Petition for Discretionary Review |
| Reference Number | 9999 |
| Comments | |
| Status | Accepted |
| Accepted Date | 07/29/2015 11:48:38 AM |

**Fees**

| | |
|---|---|
| Court Fee | $0.00 |

Service Fee                                    $0.00

**Documents**

*Lead Document*                    Olin.Robinson.pet.review.2.final.pdf          [Original]    [Transmitted]

**eService Details**

| Name/Email | Firm | Service Type | Status | Served | Date/Time Opened |
|---|---|---|---|---|---|
| Lisa C. McMinn information@spa.texas.gov | | EServe | Sent | Yes | 07/29/2015 08:55:44 AM |
| Robert E Bell ef_mitchell@yahoo.com | Jackson County District Attorney's Office | EServe | Sent | Yes | 07/29/2015 12:06:21 PM |

Print this page

# Case # PD-0974-15

## Case Information

| | |
|---|---|
| Location | Court Of Criminal Appeals |
| Date Filed | 11/05/2015 10:30:31 PM |
| Case Number | PD-0974-15 |
| Case Description | |
| Assigned to Judge | |
| Attorney | Joseph Willie, II |
| Firm Name | Willie & Associates, P.C. |
| Filed By | Joseph Willie, II |
| Filer Type | Not Applicable |

## Fees

| | |
|---|---|
| Convenience Fee | $0.00 |
| Total Court Case Fees | $0.00 |
| Total Court Filing Fees | $0.00 |
| Total Court Service Fees | $0.00 |
| Total Filing & Service Fees | $0.00 |
| Total Service Tax Fees | $0.00 |
| Total Provider Service Fees | $0.00 |
| Total Provider Tax Fees | $0.00 |
| Grand Total | $0.00 |

## Payment

| | |
|---|---|
| Account Name | Willie & Associates, P.C. |
| Transaction Amount | $0.00 |
| Transaction Response | |
| Transaction ID | 12585374 |
| Order # | 007712000-0 |



EXHIBIT

" B "

## Brief

| | |
|---|---|
| Filing Type | EFileAndServe |
| Filing Code | Brief |
| Filing Description | Brief of Petitioner on the Merits |
| Reference Number | 9999 |
| Comments | |
| Status | Accepted |
| Accepted Date | 11/09/2015 07:30:39 AM |

## Fees

| | |
|---|---|
| Court Fee | $0.00 |

Service Fee                                    $0.00

**Documents**

*Lead Document*              Olin.Robinson.pdr.brief.merits.final.1.pdf          [Original]  [Transmitted]

**eService Details**

| Name/Email | Firm | Service Type | Status | Served | Date/Time Opened |
|---|---|---|---|---|---|
| Robert E Bell ef_mitchell@yahoo.com | Jackson County District Attorney's Office | EServe | Sent | Yes | Not Opened |
| Lisa C. McMinn information@spa.texas.gov | | EServe | Sent | Yes | 11/06/2015 10:54:29 AM |